IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CRYSTAL A. FERRER,<br><br>      *Plaintiff,*<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>      *Defendant.* | No. 1:23-CV-16-MJT |

### ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING APPLICATION FOR ATTORNEY'S FEES AND COURT COSTS

Before the court is the Plaintiff's Application for Attorney Fees and Court Costs under the Equal Access to Justice Act, 28 U.S.C. § 2412. [Dkt. 15.] The Commissioner is unopposed to the requested fee and reimbursement of court costs. Judge Christine L. Stetson recommended that the court grant the Plaintiff's application [dkt. 16], and neither party filed objections to her Report and Recommendation. It is therefore

ORDERED that the Report and Recommendation Regarding Attorney Fees and Court Costs is ADOPTED. It is further

ORDERED that the Plaintiff's application for attorney's fees and court costs [Dkt. #15] is GRANTED and the Commissioner of Social Security shall pay Crystal A. Ferrer, in care of her attorney, Ronald D. Honig, an attorney fee in the amount of $4,839.51 and court costs in the amount of $402.00. This amount includes compensation for 20.95 hours of service at $125.00 per hour, plus an adjustment for increased costs of living consistent with the Consumer Price Index for the relevant time periods. The court directs that the award be mailed to Crystal A. Ferrer, in care of her attorney, Ronald D. Honig, at his office address, Law Office of Ronald D. Honig, 9330 Lyndon B. Johnson Freeway, Suite 870, Dallas, Texas, 75243. It is further

ORDERED that this award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney. If successful at the administrative level, the Plaintiff is granted an extension of sixty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

**SIGNED this 30th day of August, 2023.**

Michael J. Truncale
United States District Judge